UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :    **ORDER**
   -against-                                     :
                                                               :    13 Cr. 58 (AKH)
JAVION CAMACHO,                                                :
                                                               :
                         Defendant. :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Government shall file its response to Defendant's motion for compassionate release, ECF No. 777, by January 22, 2021. Defendant shall file any reply by January 29, 2021.

       SO ORDERED.

Dated:    January 15, 2021           /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                                  United States District Judge