UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                :
:      **ORDER**
-against-                                :
:      13 Cr. 58 (AKH)
JAVION CAMACHO,                          :
:
Defendant.         :
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On February 21, 2014, I sentenced the defendant to 250 months' incarceration for his role in a conspiracy to distribute narcotics. Defendant now moves the Court for a reduction in sentence pursuant to the First Step Act, 18 U.S.C. §3582(C)(1)(A)(i). I decline to do so.

The defendant argues that extraordinary and compelling reasons exist to allow him early release from prison—namely, that the prison in which he is housed, FCI Fort Dix, is at high risk for imminent outbreak of an infectious disease, including COVID-19, and that his family medical history as well as his obesity heighten his risk of medical complications or death if a severe outbreak of an infectious disease were to occur at FCI Fort Dix. While the effects of COVID outbreaks in federal prisons are concerning, they do not rise to the level of an extraordinary or compelling reason to shorten the defendant's sentence, as required by the test of the First Step Act. Accordingly, defendant's motion is denied.

The Clerk of Court shall terminate ECF No. 821.

SO ORDERED.

Dated:   August 29, 2024
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge